UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BOBO, | No. 2:16-cv-2338 KJM CKD PS |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| COUNTRYWIDE HOME LOANS, | |
| Defendant. | |

Plaintiff is proceeding in this action pro se and in forma pauperis. In this action, plaintiff complains about a foreclosure. The complaint, however, does not allege an adequate basis for subject matter jurisdiction in this court, simply citing "property in foreclosure and trespass." Only state law claims are pled in the complaint.

By order filed October 5, 2016, plaintiff was ordered to show cause no later than October 19, 2016 why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiff has not filed a response to the order to show cause. There being no evident basis for subject matter jurisdiction, the court will recommend that this action be dismissed.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for lack of subject matter jurisdiction.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  October 21, 2016

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4  bobo2338.nosmj.57